UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>     v.<br><br>FRANCISCO MONTERO,<br>          Defendant. | NO.  CR23-171-RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO FILE DOCUMENT UNDER SEAL |

THE COURT, having reviewed the sealed *ex parte* declaration of counsel GRANTS defendant's Motion to File Document Under Seal.

DATED this 8th day of February, 2023.

                                             _____
                                             RICARDO S. MARTINEZ
                                             UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO FILE
DOCUMENT UNDER SEAL
Page - 1