UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>    v.<br><br>FRANCISCO MONTERO,<br>       Defendant. | NO.  CR23-171-RSM<br><br>ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW AND DIRECTING CJA TO APPOINT NEW COUNSEL |

THE COURT, having considered defense counsel's motion, the government's response (*if any*) and the sealed *ex parte* declaration of counsel;

THE COURT GRANTS defense counsel's Motion to Withdraw and directs the CJA Coordinator to appoint new counsel.

DATED this 8th day of December, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW AND DIRECTING CJA TO APPOINT NEW COUNSEL
Page - 1